**Gloria J. MCWILLIAMS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3075.

United States Court of Appeals, Federal Circuit.

April 19, 2011.

Gloria J. McWilliams, Detroit, MI, pro se.

**ON MOTION**

**ORDER**

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

It Is Ordered That:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.